B6F (Official Form 6F) (12/07)

In re David Lloyd Teets & Rosalia June Teets ,    Case No. _____
          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Anthony Langan, Esq.<br>5788 Widewaters Pkwy<br>Dewitt, NY 13214 | | H | Consideration: attorney for D. Massa | | | | Notice Only |
| ACCOUNT NO.<br>Asset Acceptance Corp.<br>PO Box 2036<br>Warren, MI 48090-2036 | | H | Incurred: 1998<br>Consideration: original creditor, Household Bank deficiency balance auto loan, vehicle junked judgement entered 11/16/2003 | | | | 2,877.23 |
| ACCOUNT NO.<br>Barnard Ford<br>847 Routes 5&20<br>Gegneva, NY 14456 | | H | Incurred: 2008<br>Consideration: trade debt | | | | 3,880.00 |
| ACCOUNT NO.<br>Barry Budgar<br>800 Pre-Emption Road, Inc.<br>6 Cresence Dr.<br>Geneva, NY 14456 | | H | Incurred: 8/15/99<br>Consideration: business debt; mortgage on former body shop foreclosed | | | | 85,000.00 |

8 continuation sheets attached

Subtotal ➤ $ 91,757.23

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32011-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re David Lloyd Teets & Rosalia June Teets , Case No.
_____ _____
Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Bradley Prozeller, Esq. 9 Genesee Park Pl Geneva, NY 14456 | | H | Consideration: attorney for Five Star | | | | Notice Only |
| ACCOUNT NO. Capital One 4851 Cox Rd. #1203 Glen Allen, VA 23060 | | J | Incurred: 2002 Consideration: Credit card debt judgement filed 5/5/2004 | | | | 3,815.97 |
| ACCOUNT NO. Charles W. Damico, Sr. 40 Larchmont St. Geneva, NY 14456 | | J | Incurred: 1999 Consideration: business debt judgement filed 11/4/2010 | | | | 260,225.00 |
| ACCOUNT NO. Citifinancial Bankruptcy Department PO Box 20502 Kansas City, MO 64195 | | H | Incurred: 2008 Consideration: Credit card debt | | | | 694.00 |
| ACCOUNT NO. Citizens Bank 100 Everett Ave. Ste 6 PO Box 9191 Chelsea, MA 02150 | | H | Incurred: 2009 Consideration: trade debt | | | | 4,453.77 |

Sheet no. 1 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 269,188.74

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32011-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re David Lloyd Teets & Rosalia June Teets _____ ,    Case No. _____
                **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Credigy<br>3950 Johns Creek, Ste 100<br>Suwanee, GA 30024 | | H | Incurred: 2000<br>Consideration: Credit card debt | | | | 1,365.00 |
| ACCOUNT NO.<br><br>Credit Acceptance<br>25505 West Twelve Mile Rd.<br>Southfield, MI 48034 | | H | Incurred: 2004<br>Consideration: auto loan 2004 Olds Bravada | | | | 2,000.00 |
| ACCOUNT NO.<br><br>Dominick Massa<br>20 Crescence Dr.<br>Geneva, NY 14456 | | H | Incurred: 1999<br>Consideration: trade debt | | | | 12,998.53 |
| ACCOUNT NO.<br><br>Finger Lakes Medical<br>821 Pre Emption Rd.<br>Geneva, NY 14456 | | H | Incurred: 2003<br>Consideration: Medical Services | | | | 800.00 |
| ACCOUNT NO.<br><br>Five Star Bank<br>2 Seneca St.<br>Geneva, NY 14456 | | H | Incurred: 2002<br>Consideration: Personal loan<br>judgement filed 10/18/2006; UCC1s filed;<br>equipment taken by bank | | | | 29,271.78 |

Sheet no. _2_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 46,435.31

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32011-302Y-*****

In re  David Lloyd Teets & Rosalia June Teets _____ ,      Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gary Race<br>3970 Stoddard Rd.<br>Canandaigua, NY 14424 | | H | Consideration: noticing purposes<br>former mortgage holder on business property | | | | Notice Only |
| ACCOUNT NO.<br><br>Geneva General Hospital<br>Patient Accounts Dept.<br>196 North St.<br>Geneva, NY 14456 | | H | Incurred: 2003<br>Consideration: Medical Services | | | | 138.00 |
| ACCOUNT NO.<br><br>Glass America<br>5101 Darmstadt Rd., Ste A<br>Hillside, IL 601625 | | H | Incurred: 2009<br>Consideration: trade debt | | | | 1,083.63 |
| ACCOUNT NO.<br><br>Hall & Associates<br>General Parts Bay City<br>560 Rte 303, Ste 209<br>Orangeburg, NY 10962 | | H | Incurred: 2008<br>Consideration: trade debt | | | | 1,424.01 |
| ACCOUNT NO.<br><br>Harris Beach<br>130 East Main St.<br>Rochester, NY 14604 | | H | Consideration: counsel for Stanley Wagner, Joseph Momot | | | | Notice Only |

Sheet no. 3 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  2,645.64

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32011-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re David Lloyd Teets & Rosalia June Teets , Case No. _____
          **Debtor**                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Heritage Asset <br> Assignee of ANB <br> 123 Frost St. <br> Westbury, NY 11590 | | H | Incurred: 2002 <br> Consideration: trade debt <br> judgement entered 9/19/03 | | | | 3,569.47 |
| ACCOUNT NO. <br><br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, NY 19101-7346 | | J | Incurred: 2004-2008 <br> Consideration: income & corporation tax arrears <br> guarantor for corp. tax | | | | 12,008.29 |
| ACCOUNT NO. 5069 <br><br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, NY 19101-7346 | | J | Incurred: 2008-2009 <br> Consideration: 2008 & 2009 income tax arrears | | | | 1,929.13 |
| ACCOUNT NO. <br><br> Joel Stuttman, Esq. <br> 303 Old Tarrytown Rd. <br> White Plains, NY 10603 | | H | Consideration: counsel for LC Financial | | | | Notice Only |
| ACCOUNT NO. <br><br> Joseph Momot <br> 4 Wenona St. <br> Depew, NY 14043 | | H | Consideration: services performed <br> judgement filed 10/3/2006 in Monroe County | | | | 16,285.51 |

Sheet no. 4 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 33,792.40

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32011-302Y-*****

In re David Lloyd Teets & Rosalia June Teets _____, Case No. _____
               **Debtor**                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

<div style="writing-mode: vertical-lr">Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32011-302Y-*****</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lacy Katzen, LLP<br>130 East Mani St.<br>Rochester, NY 14604 | | H | Consideration: counsel for Val Morgan Advertising | | | | Notice Only |
| ACCOUNT NO.<br><br>LC Financial<br>16119 Van Owen St.<br>Van Nuys, CA 91406 | | H | Consideration: assignee of Mitchell International<br>judgement filed 3/6/2008 | | | | 12,478.83 |
| ACCOUNT NO.<br><br>Malen & Associates<br>123 Frost St.<br>Westbury, NY 11590 | | H | Consideration: counsel for Heritage Asset | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark Venuti, Esq.<br>Heaton and Venuti<br>118 Genesee St.<br>Geneva, NY 14456 | | J | Consideration: counsel for Charles W. Damico, Sr. | | | | Notice Only |
| ACCOUNT NO.<br><br>Marketplace Chevy<br>3755 W. Henrietta Rd.<br>Rochester, NY 14623 | | H | Incurred: 2008<br>Consideration: trade debt | | | | 1,649.20 |

Sheet no. 5 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 14,128.03

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re David Lloyd Teets & Rosalia June Teets , Case No. _____
Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mullooly, Jeffrey, Rooney & Flynn LLP 4 Bridge St. Glen Cove, NY 11542 | | H | Consideration: counsel for Asset Acceptance | | | | Notice Only |
| ACCOUNT NO. NCO Financial Systems 507 Prudental Rd. Horsham, PA 19044 | | H | Consideration: Credit card debt | | | | 739.71 |
| ACCOUNT NO. NCO Financial Systems 507 Prudental Rd. Horsham, PA 19044 | | H | Incurred: 2009 Consideration: trade debt | | | | 437.00 |
| ACCOUNT NO. PRA III LLC 192 Ballard Court, Ste 305 Virginia Beach, VA 23462 | | W | Incurred: 2004 Consideration: factoring company Credit card debt judgement filed 9/3/2004 | | | | 4,783.60 |
| ACCOUNT NO. Primus Auto Financial 1335 S. Clearview Ave. Mesa, AZ 85209 | | H | Consideration: deficiency on auto loan judgement filed 9/11/01 | | | | 5,023.07 |

Sheet no. 6 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 10,983.38

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32011-302Y-*****

In re ___David Lloyd Teets & Rosalia June Teets___,      Case No. _____
         **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0337<br><br>Roundup Funding<br>MS 550<br>PO Box 01121<br>Seatle, WA 98111-3221 | | H | Consideration: original creditor Household Auto | | | | 2,883.05 |
| ACCOUNT NO.<br><br>Social Security Administration<br>Northeastern Program Services<br>1 Jamaica Center Plaza<br>Jamaica, NY 11432 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Social Security Office<br>15 Lewis St<br>Geneva, NY 14456 | | H | Incurred: 2011<br>Consideration: overpayment of benefits | | | | 4,000.00 |
| ACCOUNT NO.<br><br>Solomon & Solomon<br>Columbia Circle<br>Box 15019<br>Albany, NY 12212-5019 | | H | Consideration: counsel fo r Primus | | | | Notice Only |
| ACCOUNT NO.<br><br>Stanley Wagner<br>9322 State Route 414<br>Lodi, NY 14860 | | H | Incurred: 2004<br>Consideration: repair services not performed on 1931 Chrysler<br>judgement filed 8/31/2005 | | | | 35,565.00 |

Sheet no. _7_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                        Subtotal ➤ $ 42,448.05

                                        Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32011-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  David Lloyd Teets & Rosalia June Teets          ,     Case No. _____
                          Debtor                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Travelers Indemnity 300 Arberetum Pl. PO Box 2446 Richmond, VA 23261 | | H | Consideration: trade debt | | | | 1,022.16 |
| ACCOUNT NO. Val Morgan Advertising 247 N. Goodman St. Rochester, NY 14607 | | H | Incurred: 2001 Consideration: advertising judgement filed 6/14/2004 | | | | 4,031.69 |
| ACCOUNT NO. Wolpoff & Abramson 300 Canal View Blvd., 3rd Fl Rochester, NY 14623 | | J | Consideration: credit card for Colonial Credit | | | | 953.99 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __8__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | | Subtotal ➤ | $ | 6,007.84 |
|---|---|---|---|---|
|  | | Total ➤ | $ | 517,386.62 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32011-302Y-*****

# United States Bankruptcy Court
### Western District of New York

In re    David Lloyd Teets & Rosalia June Teets

_____
Debtor

Case No. _____

Chapter    11    _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 280,000.00 | | |
| B – Personal Property | YES | 3 | $ 8,317.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 374,132.64 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 18,184.19 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $ 517,386.62 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 8,188.40 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 4,573.00 |
| **TOTAL** | | 23 | $ 288,317.00 | $ 909,703.45 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32011-302Y-*****

# United States Bankruptcy Court
## Western District of New York

In re    David Lloyd Teets & Rosalia June Teets _____    Case No. _____

                              Debtor

                                                      Chapter ___11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

State the Following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ N.A. |

State the Following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Social Security Administration
Northeastern Program Services
1 Jamaica Center Plaza
Jamaica, NY 11432

Social Security Office
15 Lewis St
Geneva, NY 14456